JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE ANN PENALOZA, individually and on behalf D.P., a minor; OMAR FELIX PENALOZA; JOSE ALBERTO PENALOZA; YIZEL ALEJANDRA PENALOZA FIGUEROA, individually and on behalf of J.P., a minor; ANGELICA PENALOZA FIGUEROA; JESSICA CECILIA PENALOZA FIGUEROA; GLORIA NAVA FABIAN; THOMAS FELIX PENALOZA; and OSCAR PENALOZA<br><br>                Claimants,<br>vs.<br><br>CITY OF ANAHEIM; SEAN STAYMATES; KEVIN PEDERSEN; and DOES 1-10, inclusive. | Case No. 8:20-mc-00007-DOC-ADS<br><br>**ORDER APPROVING EX PARTE APPLICATION FOR COMPROMISE OF THE CLAIMS OF THE MINOR CLAIMANTS D.P AND J.P.** |

1

# ORDER

This Court, having considered Claimants' Petition for Approval of Compromise of the Claims of the Minor Claimants D.P. and J.P., and GOOD CAUSE appearing therefore, hereby GRANTS the Ex Parte Application and makes the following orders:

1. The settlement of minor claimant D.P.'s claims against the City of Anaheim, Sean Staymates, and Kevin Pedersen arising out of a City of Anaheim officer-involved shooting that resulted in the death of his uncle Eliuth Nava Penaloza, in the net amount of $59,799.84 is hereby approved.

2. The settlement of minor claimant J.P.'s claims against the City of Anaheim, Sean Staymates, and Kevin Pedersen arising out of a City of Anaheim officer-involved shooting that resulted in the death of his grandfather Eliuth Nava Penaloza, in the net amount of $59,799.84 is hereby approved.

3. The City of Anaheim, through counsel, shall prepare and deliver the drafts for the gross settlement proceeds in the amount of $2,900,000 payable as follows:

   a. Within 21 days of the signing of this Order, a draft for $2,780,400.32 shall be made payable to the "Law Offices of Dale K. Galipo, Client Trust Account." These funds shall be used to satisfy (1) the attorneys' fees owed to the Law Offices of Dale K. Galipo and the Law Offices of Jerry L. Steering in the amount of $1,160,000; (2) costs owed to the Law Offices of Dale K. Galipo and the Law Offices of Jerry L. Steering in the amount of $5804.90; and the net settlement amounts to the remaining adult claimants.

   b. Prior to April 23, 2020, the City of Anaheim will purchase a structured annuity for the minor claimant D.P. in the amount of $59,799.84 from Pacific Life & Annuity Services Inc. (hereinafter referred to as

"Assignee"), which will provide periodic payments to be made by Pacific Life Insurance Company (hereinafter referred to as "Annuity Carrier") rated A+ Class XV by A.M. Best Company as set forth in "Exhibit A" to the Declaration of Hang D. Le and in the table below. The total guaranteed payout that D.P. will receive after the final payment is made directly to him from the annuity is $66,268.56.

c. Prior to April 23, 2020, the City of Anaheim will purchase a structured annuity for the minor claimant J.P. in the amount of $59,799.84 from Pacific Life & Annuity Services Inc. (hereinafter referred to as "Assignee"), which will provide periodic payments to be made by Pacific Life Insurance Company (hereinafter referred to as "Annuity Carrier") rated A+ Class XV by A.M. Best Company as set forth in "Exhibit B" to the Declaration of Hang D. Le and in the table below. The total guaranteed payout that J.P. will receive after the final payment is made directly to him from the annuity is $97,822.21.

4. Annuity Carrier shall provide periodic payments in accordance with "Exhibit A" and "Exhibit B" to the Declaration of Hang D. Le and as set forth in the table below.

5. All sums and periodic payments set forth in the section entitled "Payments" constitute damages on account of personal physical injuries or illness, arising from an occurrence, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

6. Disbursement drafts will be made payable and will begin being issued directly to D.P. upon reaching the age of maturity according to the payment schedule.

7. Disbursement drafts will be made payable and will begin being issued directly to J.P. upon reaching the age of maturity according to the payment schedule.

| **Periodic Payments payable to D.P.** ||
|---|---|
| $16,567.14 | Payable Anually, for 4 certain years only, commencing on 01/22/2025, with the last payment on 01/22/2028 |

| **Periodic Payments payable to J.P.** ||
|---|---|
| $15,000 | Guaranteed Lump Sum on 02/25/2033 |
| $25,000 | Guaranteed Lump Sum on 02/25/2036 |
| $57,822.21 | Lump Sum Payment on 02/25/2040 |

10. The City of Anaheim will make a "qualified assignment" within the meaning of Section 130(c), of the Internal Revenue code of 1986, as amended, to Assignee, of the City of Anaheim's liability to make the periodic payments as described in the above table and in "Exhibit A" and "Exhibit B" to the Declaration of Hang D. Le filed concurrently herewith.  Such assignment, if made, shall be accepted by the Claimant without right of rejection and shall completely release and discharge City of Anaheim from such obligations hereunder as are assigned to Assignee. This includes that City of Anaheim shall execute a Qualified Assignment document.

11. The City of Anaheim and/or Assignee shall have the right to fund its liability to make periodic payments by purchasing a "qualified funding asset," within the meaning of Section 130(d) of the Code, in the form of an annuity policy from the Annuity Carrier.

12. Assignee shall be the owner of the annuity policy or policies, and shall have all rights of ownership.

13. The Assignee will have the Annuity Carrier mail payments directly to the D.P. when he reaches the age of majority, as set forth above. Nicole Ann Penaloza (until D.P. reaches the age of the majority) and then D.P. shall be

responsible for maintaining the currency of the proper mailing address and mortality information to Assignee.

14. The Assignee will have the Annuity Carrier mail payments directly to the J.P. when he reaches the age of majority, as set forth above. Yizel Alejandra Penaloza Figueroa (until J.P. reaches the age of the majority) and then J.P. shall be responsible for maintaining the currency of the proper mailing address and mortality information to Assignee.

**IT IS SO ORDERED.**

Dated: April 8, 2020

                                           United States District Court
                                           Central District of California